TOWN OF MONTCLAIR ET AL., RESPONDENTS, v. STATE BOARD OF TAX APPEALS ET AL., APPELLANTS.

Argued February 4, 1942—Decided April 23, 1942.

For the respondents, *Herbert J. Hannoch*.

For the appellants, *Alfred J. Grosso*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 11.

*For reversal*—None.